I, Amber Brant tried to contact mental health because I am having problems and it's an emergency that I talked to them & I was told that unless it was life & death they couldn't talk to me.

Amber Brant

I had C/O in unit to call

C/O Correll
12/23/022

I was even neglected by mental health

1938

 **Department of Correction**

# MEMO

Inmate Name: __Amber Brant__  TDOC Number: __39191__

Institution: __NECX__  Housing Unit: __10-14__

Institution Grievance Number: __356-23__  TOMIS Grievance Number: __357706__

Commissioner's Response:

☑ Concur with Warden ☐ Concur with Supervisor ☑ Appeal Denied

__02-05-2023__   __Lee Dotson__
Date   Assistant Commissioner of Prisons

FS-1A

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

1014

**NAME:** Brant A.   **NUMBER:** 391911   **INSTITUTION & UNIT:** NECX   **GRIEVANCE NUMBER:** 357706

Summary of Evidence and Testimony Presented to Committee: Sent to Warden

Inmate Grievance Committee's Response and Reasons: Request Warden Review

**DATE:** 1/30/23    **CHAIRMAN:** [signature]    **MEMBER:** _____

**MEMBER:** _____   **MEMBER:** _____   **MEMBER:** _____

================================================================

Warden's Response:    Agrees with Proposed Response  [✓]

Disagrees with Proposed Response  [ ]

If Disagrees, Reason(s) for Disagreement _____

Action Taken: _____

**DATE:** 1/31/23    **WARDEN'S SIGNATURE:** [signature]

Do you wish to appeal this response?  ✓ YES    ___ NO

If yes: Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

**GRIEVANT:** X Amber Brant    **DATE:** 2/3/23    **WITNESS:** [signature]

================================================================

Commissioner's Response and Reason(s): _____

**DATE:** _____    **SIGNATURE:** _____

Distribution Upon Final Resolution:
White - Inmate Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner

CR-1393 (Rev. 3-00)

Case 3:23-cv-00179-DCLC-JEM   Document 1-1   Filed 05/22/23   Page 3 of 7
PageID #: 28

RDA 2244

# TENNESSEE DEPARTMENT OF CORRECTION
## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

1 of 4

DATE: 1-26-23

Please respond to the attached grievance, indicating any action taken.
Date Due: 2-2-23

Grievance Number: 3/546-23/357706

Inmate Name: A. Brant

Inmate Number: 391911

Mr. Herger,

This matter was reviewed by Internal Affairs. There was no basis to formally place charges against the alleged. However to satisfy offender Brant, Major Garcia transferred the alleged offender. Offender Brant was placed in Unit 10.

SIGNATURE

DATE: 1-20-2023



# TENNESSEE DEPARTMENT OF CORRECTION
## INLINE GRIEVANCE

**NAME:** Amber Brant
**NUMBER:** 591911
**INSTITUTION & UNIT:** NECX

**DESCRIPTION OF PROBLEM:** Failure of operations and unit team to investigate and respond to an emergency grievance I filed on December 22, 2022 which was recieved and logged by grievance chairperson LT. Talley on December 27, 2022 regarding me being assaulted in unit 7.

**REQUESTED SOLUTION:** For affirmative action be taken to properly investigate and affirmative action be taken to properly against assailant and staff who failed to take affirmative action to protect and remove me from the situation. I request no retaliation for filing this grievance please.

Signature of Grievant: [signed Amber Brant]
Date: 1-23-23

---

### TO BE COMPLETED BY GRIEVANCE CLERK

**Grievance Number:** 315463/357706
**Date Received:** 1-26-23
**Signature Of Grievance Clerk:** [signed]

**INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE:** _____

**AUTHORIZED EXTENSION:** _____
New Due Date _____   Signature of Grievant _____

---

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____   CHAIRPERSON: _____

Do you wish to appeal this response?  ✓ YES   ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: [signed Amber Brant]
DATE: 1/30/23
WITNESS: [signed]

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 8-04)   Page 1 of 2   RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE   (continuation sheet)**

DESCRIPTION OF PROBLEM: On December 22, 2022 I placed an emergency grievance in the grievance box grieving the following situation. And to date, no response on or about 12/22/2022, I was assaulted by Inmate Coleman who came to my cell 24 and because I'm transgender hit me in my left eye and temple with batteries he had tied up in a sock. I was stunned and rendered unconcious for a few minutes. While stunned and unconcious Inmate Coleman went into my cell and took my fan and some commiscary. On the following day while I was out of my cell someone went into my cell and took my Christmas package of approximately $125.00 as well as my double draw.

The day before my Christmas package was taken I had been threaten because of being transgender. I reported this to unit manager Tressler. Mr. Tressler asked me if I wanted him to put my commissary in his office. However he was going on Christmas break. He told me he'd move me when he came back if I stayed out of trouble. I told him I wasn't in trouble or causing trouble. That I was being threaten because I'm transgender and in unit 7 a known disciplinary and gang pod even though I had no write ups a was a minimum custody inmate.

I was even told I couldn't use the showers or phone, even after unit manager Tressler told me I could take my showers during count time for my safety. I was threaten and told if the rockman had to be locked down because of "your bitch punk ass" during count while I showered that I'd be smashed and would have to go to protective custody. I personally reported being threaten starting from approximately Friday December 2, 2022. That's when I started telling Mr. Tressler of the threats and requesting to be moved out of unit 7 to no prevail. All prior to being assaulted by inmate Coleman out of Cell 30 in unit 7.

As a result of the assault committed upon me by inmate Coleman. I obtained a black eye, an injured left cheek, and have continued to suffer from blurred vision, and have been treated by medical pertaining to my injuries and been referred for an appointment with the eye doctor.

To todays date no affirmative action has been taken against the inmate who assaulted and robbed me.

After the assault occurred I took the following steps by reporting the assault and seeking assistance in being moved out of unit 7 away from my attacker by reporting it to the following NECX Staff:

Unit Manager Tressler, Sgt. Odom, Acting unit manager Sgt. Mulvane, my family called and spoke to Lt. Widner, and myself and inmate Zanker personally together went to I.A. Sgt. Ms. Dixon and reported the assault, I reported it to Major Garcia, and I also wrote a letter to warden Andrews about the entire situation.

In addition, I went to Ms. Smith and she contacted LT. Tanner and MS. Dixon

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)   Page 2 of 2   RDA 2244
Case 3:23-cv-00179-DCLC-JEM   Document 1-1   Filed 05/22/23   Page 6 of 7   PageID #: 31



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE    (continuation sheet)

DESCRIPTION OF PROBLEM: trying to help me. I also went to unit 10 on 12/23/22, and had C/O Cornett to call mental health because I was having problems, and I was told unless it was a life and death they could not talk to me.

On 1/16/2023, I spoke to LT. Tolley, grievance chair person and she said she recieved and logged my grievance on or about December 26, 2022. And because it was an emergency she took my grievance to operations to be investigated. As of 1/16/2023 Ms. Tolley had not heard anything back pertaining to my grievance. And as todays date I've not recieved a response pertaining to my grievance from warden Andrews or anyone else.

I am a transgender inmate who was assaulted, who reported the assault, who has been treated by medical for my injuries I sustained due to the assault. I filed a grievance over the matter. And no one has taken affirmative action to investigate or taken proper and affirmative action against the inmate who assaulted me to this day. I was moved out of Unit 10 to Unit 7 without a write up for the actions of another inmate in which resulted in me being assaulted. If not for that I would not have been assaulted or robbed.

The constitution requires prison officials to provide reasonable safety for prisoners. Prison officials must protect inmates from assault by other inmates and from unreasonably hazardous living conditions. Farmer V. Brennan, 511 U.S. 825, 844 (1994). In my specific situation that did not happen and I was forced to remain in unit 7 cell 4 in the same unit with the inmate who assaulted me from 12/22/2022 the day the assault happen until on 12/27/2022 Unit manager Tressler came back to work and moved me. My situation, complaints, and grievance have fell on deaf ears as of todays date.

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev 3-00)   Case 3:23-cv-00179-DCLC-JEM   Document 1-1   Filed 05/22/23   Page 7 of 7   Page 2 of 2   RDA 2244
PageID #: 32